THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILFORD McNAIR, Appellant.— Order of the Supreme Court, Kings County, dated Feb-

ruary 1, 1968, affirmed. Defendant contends that he had an absolute right to appear before the Grand Jury which indicted him. We find this contention to be without merit in the absence of any request by defendant to appear before the Grand Jury. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.